UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CARLOS ALBERTO RAMIREZ LOPEZ,

        Petitioner,

v.

KEVIN RAYCRAFT et al.,

        Respondents.
_____/

Case No. 1:25-cv-1654

Honorable Jane M. Beckering

## ORDER

Petitioner Carlos Alberto Ramirez Lopez initiated this action on December 5, 2025, by filing a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) Petitioner is a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan. In an order (ECF No. 3) entered on December 5, 2025, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted.

On December 10, 2025, counsel for the Federal Respondents (Kevin Raycraft, Kristi Noem, the United States Department of Homeland Security, and Pamela Bondi) and Petitioner filed a Stipulation of Dismissal. (ECF No. 4.) In the Stipulation, Petitioner and the Federal Respondents "stipulate to a dismissal of this case in its entirety, without costs or attorneys' fees to any party." (*Id.*, PageID.18.) Accordingly,

**IT IS ORDERED** that The GEO Group, Inc., and Unknown Party, referred to as the Warden of the North Lake Processing Center, are **DISMISSED** as Respondents to this action.[1]

**IT IS FURTHER ORDERED** that pursuant to the Stipulation of Dismissal, this action is **DISMISSED** as to the Federal Respondents (Kevin Raycraft, Kristi Noem, the United States Department of Homeland Security, and Pamela Bondi), and the Clerk of Court is directed to terminate this action.

Dated:     December 16, 2025

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge

---

[1] *See Roman v. Ashcroft*, 340 F.3d 314 (6th Cir. 2003).